
AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Central District of California** on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO.<br>CV09 06918 RGK PLA | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF<br>ULTRAMERCIAL LLC | | DEFENDANT<br>HULU, LLC;<br>YOUTUBE, LLC;<br>WILDTANGENT, INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,346,545 B2 | March 18, 2008 | ULTRAMERCIAL LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

FILED 2009 SEP 23 PM 1:06 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF LOS ANGELES BY

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3— Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4— Case file copy

American LegalNet, Inc.
www.USCourtForms.com