| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| LAWRENCE M. HADLEY<br>HENNIGAN, BENNETT & DORMAN LLP<br>865 SOUTH FIGUEROA STREET<br>SUITE 2900<br>LOS ANGELES, CA 90017<br>Telephone No: 213-694-1200    FAX No: 213-694-1234 | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Central District Of California | | |
| Plaintiff: ULTRAMERICAL LLC | | |
| Defendant: HULU, LLC, ET AL. | | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV09 06918 RGK PLAX |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC; NOTICE TO COUNSEL; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDELINES; CERTIFICATE AS TO INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1; STANDING ORDER REGARDING NEWLY ASSIGNED CASES

3. a. Party served: YOUTUBE, LLC
   b. Person served: BECKY DEGEORGE, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT.
   SERVED UNDER FCRP RULE 4

4. Address where the party was served: 2730 GATEWAY OAKS DRIVE
   SUITE 100
   SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Nov. 02, 2009 (2) at: 10:20AM

7. **Person Who Served Papers:**    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Nancy Graddy
   d. **The Fee** for Service was:

   1814 "I" Street
   Sacramento, CA 95814
   Telephone    (916) 444–5111
   Fax          (916) 443–3111
   www.firstlegalnetwork.com

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    04-010
      (iii) County:              Placer
      (iv)  Expiration Date:     Fri, Apr. 23, 2010

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Mon, Nov. 02, 2009

*N. graddy* (Nancy Graddy)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

4487368.lawha.248138