1  LAWRENCE M. HADLEY (SBN 157728)
   hadleyl@hbdlawyers.com
2  HAZIM ANSARI (SBN 190601)
   ansarih@hbdlawyers.com
3  MIEKE K. MALMBERG (SBN 209992)
   malmbergm@hbdlawyers.com
4  HENNIGAN BENNETT & DORMAN, LLP
   865 S. Figueroa St., Suite 2900
5  Los Angeles, CA 90017
   Telephone:  (213)694-1200
6  Facsimile:   (213) 694-1234

7  Attorneys for Plaintiffs
   ULTRAMERCIAL, LLC;
8  ULTRAMERCIAL, INC.

9

                    UNITED STATES DISTRICT COURT
10
                    CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| ULTRAMERCIAL, LLC;<br>ULTRAMERCIAL, INC.<br><br>            Plaintiff,<br><br>     v.<br><br>HULU, LLC; YOUTUBE, LLC;<br>WILDTANGENT, INC.,<br><br>            Defendants. | Case No. CV 09-06918 RGK (PLAx)<br><br>**JOINT STIPULATION TO EXTEND TIME FOR HULU, LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**CTRM: 850**<br>**JUDGE:  Hon. R. Gary Klausner**<br><br>Complaint filed:  Sept. 23, 2009<br>Complaint served:  November 2, 2009<br>First Amended Complaint served: November 12, 2009<br>Current response date:  November 23, 2009<br>New response date:  Dec. 23, 2009 |

## STIPULATION

Plaintiffs Ultramercial, LLC and Ultramercial, Inc. (collectively, "Plaintiffs") and Defendant Hulu, LLC ("Hulu"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS on September 23, 2009, Plaintiff Ultramercial, LLC filed its initial complaint ("Complaint") in this action.

WHEREAS on November 2, 2009, Plaintiff Ultramercial, LLC served Hulu with the Complaint and related documents.

WHEREAS on November 12, 2009, before Hulu responded to the Complaint, Plaintiffs served Hulu with the First Amended Complaint in this action.

WHEREAS, pursuant to the Federal Rule of Civil Procedure, Rule 12(a), Hulu must file and serve a response to Plaintiffs' First Amended Complaint on or before November 23, 2009.

WHEREAS, Plaintiffs have granted Hulu an extension of not more than 30 days to answer, move or otherwise respond to Plaintiffs' First Amended Complaint.

WHEREAS, under L.R. 8-3 and L.R. 7-1, the parties have agreed to file this stipulation with the Clerk, through the ECF system.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective counsel, THAT:

1. Hulu must now file its response to Plaintiffs' First Amended Complaint on or before December 23, 2009.

2. The parties stipulate to the entry of the proposed order attached hereto.

///
///
///
///

1     IT IS SO STIPULATED.

3   DATED: November 18, 2009       O'MELVENY & MYERS LLP

/s/*Nora Puckett*
Nora Puckett
npuckett@omm.com

Attorneys for Defendant
HULU, LLC

DATED: November 18, 2009       HENNIGAN, BENNETT & DORMAN LLP

/s/ *Mieke K. Malmberg*
Mieke K. Malmberg
malmbergm@hbdlawyers.com

Attorneys for Plaintiffs
ULTRAMERCIAL, LLC;
ULTRAMERCIAL, INC.