LAWRENCE M. HADLEY (SBN 157728)
hadleyl@hbdlawyers.com
HAZIM ANSARI (SBN 190601)
ansarih@hbdlawyers.com
MIEKE K. MALMBERG (SBN 209992)
malmbergm@hbdlawyers.com
HENNIGAN BENNETT & DORMAN, LLP
865 S. Figueroa St., Suite 2900
Los Angeles, CA 90017
Telephone:  (213)694-1200
Facsimile:   (213) 694-1234

Attorneys for Plaintiffs
ULTRAMERCIAL, LLC;
ULTRAMERCIAL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRAMERCIAL, LLC; ULTRAMERCIAL, INC.<br><br>Plaintiff,<br><br>v.<br><br>HULU, LLC; YOUTUBE, LLC; WILDTANGENT, INC.,<br><br>Defendants. | Case No. CV 09-06918 RGK (PLAx)<br><br>**JOINT STIPULATION TO EXTEND TIME FOR YOUTUBE, LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**CTRM:  850**<br>**JUDGE:  Hon. R. Gary Klausner**<br><br>Complaint filed:  Sept. 23, 2009<br>Complaint served:  Oct. 30, 2009<br>First Amended Complaint served: November 13, 2009<br>Current response date:  November 30, 2009<br>New response date:  Dec. 23, 2009 |

JOINT STIPULATION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO
PLAINTIFFS' FIRST AMENDED COMPLAINT
CASE NO. CV 09-06918 RGK (PLAx)

## STIPULATION

Plaintiffs Ultramercial, LLC and Ultramercial, Inc. (collectively, "Plaintiff") and Defendant YouTube, LLC ("YouTube"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS on September 23, 2009, Plaintiff filed its initial complaint ("Complaint") in this action.

WHEREAS on November 2, 2009, Plaintiff served YouTube with the Complaint and related documents.

WHEREAS on November 13, 2009, before YouTube responded to the Complaint, Plaintiff served YouTube with the First Amended Complaint in this action.

WHEREAS, pursuant to the Federal Rule of Civil Procedure, Rule 12(a), YouTube must file and serve a response to Plaintiff's First Amended Complaint on or before November 30, 2009.

WHEREAS, Plaintiff has granted YouTube an extension of not more than 30 days to answer, move or otherwise respond to Plaintiff's First Amended Complaint.

WHEREAS, under L.R. 8-3 and L.R. 7-1, the parties have agreed to file this stipulation with the Clerk, through the ECF system.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective counsel, THAT:

1. YouTube must now file and serve its response to Plaintiff's First Amended Complaint on or before December 23, 2009.

2. The parties stipulate to the entry of the proposed order attached hereto.

JOINT STIPULATION TO EXTEND TIME FOR YOUTUBE, LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT
CASE NO. CV 09-06918 RGK (PLAx)

1

1       IT IS SO STIPULATED.

3   DATED:  November 20, 2009   COOLEY GODWARD KRONISH, LLP

                                                  /s/*Timothy S. Teter*
                                                  Timothy S. Teter
                                                  teterts@cooley.com

                                                Attorneys for Defendant
                                                YOUTUBE, LLC

DATED:  November 20, 2009   HENNIGAN, BENNETT & DORMAN LLP

                                                */s/ Mieke K. Malmberg*
                                                Mieke K. Malmberg
                                                malmbergm@hbdlawyers.com

                                                Attorneys for Plaintiffs
                                                ULTRAMERCIAL, LLC;
                                                ULTRAMERCIAL, INC.