

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ULTRAMERCIAL, LLC;<br>ULTRAMERCIAL, INC. | Case No. CV 09-06918 RGK (PLAx) |
|---|---|
| Plaintiff,<br><br>v.<br><br>HULU, LLC; YOUTUBE, LLC;<br>WILDTANGENT, INC.,<br><br>Defendants. | [PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT<br><br>CTRM: 850<br>JUDGE: Hon. R. Gary Klausner<br><br>Complaint filed: Sept. 23, 2009<br>Complaint served: Oct. 30, 2009<br>First Amended Complaint served: November 13, 2009<br>Current response date: November 23, 2009<br>New response date: December 23, 2009 |

[PROPOSED] ORDER GRANTING THE PARTIES'
JOINT STIPULATION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST
AMENDED COMPLAINT
CASE NO. CV 09-06918 RGK (PLAX)

1  After full consideration of the parties' Joint Stipulation To Extend Time to
2  Answer or Otherwise Respond to Plaintiffs' First Amended Complaint, this Court
3  orders as follows:
4  Defendant WildTangent, Inc., without waiver of any defenses shall have 30
5  additional days, through and including December 23, 2009, to answer, move or
6  otherwise respond to Plaintiffs' First Amended Complaint.

IT IS SO ORDERED.

DATED: 11/23/09

Hon. R. Gary Klausner
UNITED STATES DISTRICT COURT JUDGE

Jointly Presented by:

/s/ Richard G. Frenkel
Richard G. Frenkel (SBN 204133)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: 650-493-9300
Facsimile: 650-493-6811
Attorneys for Defendant
WILDTANGENT, INC.

/s/ Mieke K. Malmberg
Mieke K. Malmberg (SBN 209992)
HENNIGAN BENNETT & DORMAN, LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Attorneys for Plaintiffs
ULTRAMERCIAL, LLC;
ULTRAMERCIAL, INC.

[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT
CASE NO. CV 09-06918 RGK (PLAx)

1