RICHARD G. FRENKEL (State Bar No. 204133)
rfrenkel@wsgr.com
LISA K. NGUYEN (State Bar No. 244280)
lnguyen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Defendant
WILDTANGENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRAMERCIAL, LLC; ULTRAMERCIAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HULU, LLC; YOUTUBE, LLC; WILDTANGENT INC.,<br><br>Defendants. | Case No. CV 09-06918 RGK (PLAx)<br><br>**DECLARATION OF RICHARD G. FRENKEL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER *BILSKI*** <br><br>Date:  Tuesday, February 16th, 2010<br>Time:  9:00 a.m.<br>Courtroom: Roybal Bldg., Ctrm 850<br>Judge: Hon. R. Gary Klausner |

1  I, Richard G. Frenkel, declare:

2  1. I am Of Counsel at Wilson Sonsini Goodrich & Rosati, counsel of record for defendant, WildTangent, Inc. ("WildTangent"), in the above-referenced matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of an Order Granting Defendant's Motion for Summary Judgment, dated December 11, 2009, from *Fuzzysharp Technologies, Inc. v. 3D Labs Inc.*, Case No. 07-5948 SBA, U.S. District Court, Northern District of California.

3. Attached as Exhibit B is a true and correct copy of a Memorandum and Order, dated May 27, 2009, from *Every Penny Counts, Inc. v. Bank of America Corporation, et al.*, Case No. 07-042, U.S. District Court, Middle District of Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of December, 2009 in Palo Alto, California.


       /s/ Richard G. Frenkel
         Richard G. Frenkel

DECLARATION OF RICHARD G. FRENKEL I/S/O DEFENDANTS' MOTION TO DISMISS UNDER *BILSKI*
CASE NO. CV 09-06918 RGK (PLAx)

-1-