RICHARD G. FRENKEL (State Bar No. 204133)
rfrenkel@wsgr.com
LISA K. NGUYEN (State Bar No. 244280)
lnguyen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Defendant
WILDTANGENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRAMERCIAL, LLC; ULTRAMERCIAL, INC., <br><br>Plaintiffs, <br><br>v. <br><br>HULU, LLC; YOUTUBE, LLC; WILDTANGENT INC., <br><br>Defendants. | Case No. CV 09-06918 RGK (PLAx) <br><br>**DECLARATION OF RICHARD G. FRENKEL IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER *BILSKI*** <br><br>Date: Tuesday, February 16th, 2010 <br>Time: 9:00 a.m. <br>Courtroom: Roybal Bldg., Ctrm 850 <br>Judge: Hon. R. Gary Klausner |

I, Richard G. Frenkel, declare:

1. I am Of Counsel at Wilson Sonsini Goodrich & Rosati, counsel of record for defendant, WildTangent, Inc. ("WildTangent"), in the above-referenced matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of the Magistrate Judge's Report and Recommendation regarding Defendant's Motion to Dismiss, dated December 23, 2009, from *Quantum Loyalty Sys., Inc. v. RPG Rewards, Inc.*, Case No. 09-022-SLR, U.S. District Court, District of Delaware.

3. Attached as Exhibit B is a true and correct copy of an Order referring the case to the magistrate judge for report and recommendation, dated January 4, 2010, from *Graff/Ross Holdings LLP v. Federal Home Loan Mortgage Corp.*, Case No. 07-796, U.S. District Court, District of Columbia.

4. Attached as Exhibit C is a true and correct copy of Motion to Dismiss, dated December 18, 2009, from *Edge Capture L.L.C. et al. v. Barclays Bank PLC et al.*, Civil Action No. 09 CV 1521, U.S. District Court, Northern District of Illinois.

5. Attached as Exhibit D is a true and correct copy of an In Chambers Order Staying Motion For Summary Judgment Of Invalidity Based On Lack Of Patentable Subject Matter, dated January 21, 2010, from *Big Baboon Corp. v. Dell, Inc.*, No. 2:09-cv-01198-SVW-SS, U.S. District Court, Central District of California.

6. Attached as Exhibit E is a true and correct copy of an Order, dated February 17, 2009, from *Vraston Trading, Inc. v. NASDAQ OMX Group, Inc.*, No. 08-cv-7500, U.S. District Court, Southern District of New York.

7. Attached as Exhibit F is a true and correct copy of the Examiner's Answer dated October 3, 2008 in Application Number 10/251,118, filed in response to the June 11, 2008 appeal of the Office Action mailed on November 23,

1  2007, from *In re Schrader,* No. APL 2009-009098, Board of Patent Appeals and
2  Interferences.
3      8.    Attached as Exhibit G is a true and correct copy of an office action
4  dated January 14, 2010 from the file wrapper of Application Number 10/251,118,
5  following the remand of *In re Schrader*.

7      I declare under penalty of perjury under the laws of the United States of
8  America that the foregoing is true and correct.
9      Executed this 8th day of February, 2010 in Palo Alto, California.

                          /s/ Richard G. Frenkel
                          Richard G. Frenkel