UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-06918 RGK (PLAx) | Date | March 3, 2010 |
|---|---|---|---|
| Title | *ULTRAMERCIAL, LLC v. HULU, LLC, et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     **(IN CHAMBERS)** Order re: Staying Case Pending Supreme Court's Decision in In re Bilski

   The Court has read and considered the parties' briefings regarding Defendants' Motion to dismiss under *In re Bislki*, 545 F.3d 943 (Fed. Cir. 2008), cert granted, 129 S. Ct. 2735 (2009)(*hereinafter Bilski*). Both parties consent and the Court finds it appropriate to stay this case pending the outcome of the Supreme Court's review of *Bilski*. Therefore, this action is **STAYED**. Defendants shall notify the Court on either 1) July 1, 2010, or 2) when the Supreme Court's decision is released, whichever is earlier, at which point the stay will be lifted.

   The parties shall brief the Court on the effect of the Supreme Court's decision on Defendants' Motion to Dismiss under *Bilksi* no later than 15 court days after the decision is released.

   **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |