| | |
|---|---|
| 1 | LAWRENCE M. HADLEY (SBN 157728) |
| | hadleyl@hbdlawyers.com |
| 2 | HAZIM ANSARI (SBN 190601) |
| | ansarih@hbdlawyers.com |
| 3 | MIEKE K. MALMBERG (SBN 209992) |
| | malmbergm@hbdlawyers.com |
| 4 | HENNIGAN BENNETT & DORMAN, LLP |
| | 865 S. Figueroa St., Suite 2900 |
| 5 | Los Angeles, CA 90017 |
| | Telephone:  (213)694-1200 |
| 6 | Facsimile:   (213) 694-1234 |
| 7 | Attorneys for Plaintiffs |
| 8 | ULTRAMERCIAL, LLC; |
| | ULTRAMERCIAL, INC. |
| 9 | (additional counsel listed on signature page) |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRAMERCIAL, LLC; ULTRAMERCIAL, INC. | Case No. CV 09-06918 RGK (PLAx) |
| Plaintiff, | **JOINT STIPULATION DISMISSING DEFENDANT YOUTUBE, LLC** |
| v. | |
| HULU, LLC; YOUTUBE, LLC; WILDTANGENT, INC., | **[[PROPOSED] ORDER FILED SIMULTANEOUSLY HEREWITH]** |
| Defendants. | **CTRM:  850**<br>**JUDGE:  Hon. R. Gary Klausner** |

Pursuant to the agreement between Plaintiffs and YouTube, LLC, the parties agree and stipulate as follows: Plaintiffs' Complaint with respect to YouTube, LLC is dismissed with prejudice, and without costs to either party.

DATED: June 22, 2010         HENNIGAN BENNETT & DORMAN LLP

*/s/Mieke K. Malmberg*_____
Mieke K. Malmberg
malmbergm@hbdlawyers.com

ATTORNEYS FOR PLAINTIFFS
ULTRAMERCIAL, LLC;
ULTRAMERCIAL, INC.

DATED: June 22, 2010         COOLEY LLP

*/s/ Timothy S. Teter*_____
Timothy S. Teter
teterts@cooley.com
Attorneys for Defendant
YOUTUBE, LLC