RICHARD G. FRENKEL (State Bar No. 204133)
rfrenkel@wsgr.com
LISA K. NGUYEN (State Bar No. 244280)
lnguyen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
WILDTANGENT, INC.

DARIN SNYDER (State Bar No. 136003)
dsnyder@omm.com
LUANN SIMMONS (State Bar No. 203256)
lsimmons@omm.com
NORA PUCKETT (State Bar No. 247798)
npuckett@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8811
Facsimile: (415) 984-8701

Attorneys for Defendant
HULU, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRAMERCIAL, LLC; ULTRAMERCIAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HULU, LLC; WILDTANGENT, INC., <br><br> Defendants. | Case No. CV 09-06918 RGK (PLAx) <br><br> **DECLARATION OF RICHARD G. FRENKEL IN SUPPORT OF SUPPLEMENTAL BRIEFING REGARDING THE SUPREME COURT'S DECISION IN *BILSKI* IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** <br><br> **CTRM: 850** <br> **JUDGE: Hon. R. Gary Klausner** |

I, Richard G. Frenkel, declare:

1. I am Of Counsel at Wilson Sonsini Goodrich & Rosati, counsel of record for defendant, WildTangent, Inc. ("WildTangent"), in the above-referenced matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of the U.S. Patent & Trademark Office ("USPTO") interim guidelines issued in response to the Supreme Court decision in *Bilski v. Kappos*, dated June 28, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of July, 2010 in Palo Alto, California.

/s/ Richard G. Frenkel
Richard G. Frenkel

DECLARATION OF RICHARD G. FRENKEL I/S/O
SUPPLEMENTAL BRIEFING REGARDING THE
SUPREME COURT'S DECISION IN *BILSKI*
CASE NO. CV 09-06918 RGK (PLAx)

-1-