NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRAMERCIAL, LLC and ULTRAMERCIAL, INC., <br><br>                    Plaintiffs, <br><br>    vs. <br><br> WILDTANGENT, INC., <br><br>                    Defendant. | ) Case No. CV 09-06918 RGK (PLAx) <br> ) <br> ) <br> ) **ORDER RE PROTECTIVE ORDER** <br> ) **RE CONFIDENTIAL** <br> ) **INFORMATION** <br> ) <br> ) <br> ) <br> ) <br> ) |

FOR GOOD CAUSE SHOWN, this Protective Order, requested by the parties **and modified by the Court,** is hereby entered.

IT IS SO ORDERED.

Dated: April 5, 2012

_____
Paul L. Abrams
United States Magistrate Judge

Submitted By:
LAWRENCE M. HADLEY (SBN 157728)
(lhadley@mckoolsmithhennigan.com)
MIEKE K. MALMBERG (SBN 209992)
(mmalmberg@mckoolsmithhennigan.com)
JEFFREY HUANG (SBN 266774)
(jhuang@mckoolsmithhennigan.com)
MCKOOL SMITH HENNIGAN, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:   (213) 694-1200
Facsimile:   (213) 694-1234


By_____/s/Lawrence M. Hadley_____
         Lawrence M. Hadley
Attorneys for Plaintiffs ULTRAMERCIAL, LLC and ULTRAMERCIAL, INC.