JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-06918-RGK (PLAx) | Date | May 24, 2012 |
|---|---|---|---|
| Title | ULTRAMERCIAL LLC v. HULU LLC, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER**

On May 22, 2012, the parties filed a "Joint Stipulation to Stay Case Pending Federal Circuit Recall of Mandate" (DE 99).

The matter is hereby removed from the active caseload without prejudice to reopen after determination by the Court of Appeals.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |