DARIN SNYDER (SBN #136003)
LUANN SIMMONS (SBN #203526)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Email: dsnyder@omm.com
Email: lsimmons@omm.com

Attorneys for Defendant
HULU, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRAMERCIAL, LLC; ULTRAMERCIAL, INC.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>HULU, LLC; YOUTUBE, LLC; WILDTANGENT, INC.,<br><br>　　　　　Defendants. | Case No. CV 09-06918 RGK (PLAX)<br><br>**JOINT STIPULATION DISMISSING DEFENDANT HULU, LLC**<br><br>**[[PROPOSED] ORDER FILED SIMULTANEOUSLY HEREWITH]**<br><br>**Judge:** Hon. R. Gary Klausner |

Pursuant to the agreement between Plaintiffs and Hulu, LLC, the parties agree and stipulate as follows: Plaintiffs' Complaint with respect to Hulu, LLC is dismissed with prejudice, and without costs to either party.

Dated: August 9, 2013　　　　McKool Smith Hennigan

By: */s/ Mieke K. Malmberg*
Mieke K. Malmberg

Attorneys for Plaintiffs
ULTRAMERCIAL, LLC;
ULTRAMERCIAL, INC.

Dated: August 9, 2013　　　　O'MELVENY & MYERS LLP

By: */s/ Darin W. Snyder*
Darin W. Snyder

Attorneys for Defendant
HULU, LLC

## Attestation

I hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 9, 2013

　　　　　　　　　　　　　*/s/ Darin W. Snyder*
　　　　　　　　　　　　　Darin W. Snyder