1 | DARIN SNYDER (SBN #136003)
LUANN SIMMONS (SBN #203526)
2 | O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
3 | San Francisco, CA 94111-3823
Telephone: (415) 984-8700
4 | Facsimile: (415) 984-8701
Email: dsnyder@omm.com
5 | Email: lsimmons@omm.com

6 | Attorneys for Defendant
HULU, LLC
7

8

9 | **UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**
10

11

12

ULTRAMERCIAL, LLC;
13 | ULTRAMERCIAL, INC.

14 |               Plaintiffs,

15 |     v.

16 | HULU, LLC; YOUTUBE, LLC;
WILDTANGENT, INC.,
17

18 |               Defendants.

19

Case No. No. CV 09-06918 RGK (PLAX)

**[~~PROPOSED~~] ORDER GRANTING THE PARTIES' STIPULATED DISMISSAL OF DEFENDANT HULU, LLC**

**Judge:  Hon. R. Gary Klausner**

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING THE
PARTIES' STIPULATED DISMISSAL OF
DEFENDANT HULU, LLC
NO. CV 09-06918 RGK (PLAX)

1    Pursuant to the agreement between Plaintiffs and Hulu, LLC, the Court

2    orders as follows: Plaintiffs' Complaint with respect to Hulu, LLC is dismissed

3    with prejudice, and without costs to either party.

4    **IT IS SO ORDERED.**

5

6    Dated:  August 13, 2013                    _____

7                                              Honorable R. Gary Klausner
                                               U.S. District Court Judge
8
        Jointly Presented by:
9

10

11    */s/ Mieke K. Malmberg*                    */s/ Darin W. Snyder*
      MIEKE K. MALMBERG                          DARIN W. SNYDER
12    McKool Smith Hennigan                      LUANN SIMMONS
                                                 O'Melveny & Myers LLP
13    Attorneys for Plaintiffs
      ULTRAMERCIAL, LLC;                         Attorneys for Defendant
14    ULTRAMERCIAL, INC.                         HULU, LLC

15    71672013.1

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                      [PROPOSED] ORDER GRANTING THE
                                      2               PARTIES' STIPULATED DISMISSAL OF
                                                      DEFENDANT HULU, LLC
                                                      NO. CV 09-06918 RGK (PLAX)