# DENIED
## BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRAMERCIAL LLC, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILDTANGENT INC.,<br><br>    Defendant. | Case No. CV 09-06918 RGK (PLAx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO POSTPONE TRIAL DATE PENDING SUPREME COURT RESOLUTION OF WILDTANGENT'S PETITION FOR CERTIORARI**<br><br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850, Roybal Building |

After full consideration of the parties' Joint Stipulation to Postpone Trial Date Pending Resolution of WildTangent's Petition for Certiorari, this Court orders as follows:

1. ~~The current trial date of July 22, 2014 in this matter is VACATED;~~
2. ~~The parties are now set for trial beginning on _____, 2015, with a Pretrial Conference on _____, 2015 at 9:00 a.m., a Motion Cutoff Date (last day to file) of _____, 2014, and a Discovery Cutoff Date of _____, 2014;~~
3. ~~Should the Supreme Court deny WildTangent's petition for a writ of certiorari, WildTangent shall immediately notify the Court and, if such denial occurs in January 2014, the Court shall reset the trial date to a date in the Fall of 2014, if available;~~
4. ~~Should the Supreme Court grant WildTangent's petition for a writ of certiorari, WildTangent shall immediately notify the Court; and~~
5. ~~Neither party may use or refer to this stipulation or Order thereon as a reason that certiorari or any other relief may be granted, denied, or otherwise postponed, or as a basis to fail to comply with the Supreme Court's order requesting a response by January 6, 2014.~~

**THE STIPULATION IS DENIED.**

**IT IS SO ORDERED.**

DATED: January 07, 2014

_____
Hon. R. Gary Klausner
United States District Court Judge