NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ULTRAMERCIAL, LLC and ULTRAMERCIAL, INC.,**
*Plaintiffs-Appellants,*

v.

**HULU, LLC,**
*Defendant,*

and

**WILDTANGENT, INC.,**
*Defendant-Appellee.*

---

2010-1544

---

Appeal from the United States District Court for the Central District of California in case no. 09-CV-6918, Judge R. Gary Klausner.

---

ON MOTION

---

RECEIVED
CLERK, U.S. DISTRICT COURT

10/9/14

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MAT_____ DEPUTY

PER CURIAM.

### O R D E R

Upon consideration of the joint motion of appellants Ultramercial, LLC and Ultramercial, Inc., and Appellee WildTangent, Inc. to recall the mandate,

IT IS ORDERED THAT:

The motion is granted. The mandate is recalled.

                                 FOR THE COURT

October 9, 2014            /s/ Daniel E. O'Toole
                                  Daniel E. O'Toole
                                  Clerk of Court


cc: Clerk of Court, Central District of California (Los Angeles)