LATHAM & WATKINS LLP
Richard G. Frenkel (State Bar No. 204133)
Email: rick.frenkel@lw.com
Lisa K. Nguyen (State Bar No. 244280)
Email: lisa.nguyen@lw.com
Michelle P. Woodhouse (State Bar No. 260669)
Email: michelle.woodhouse@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone:  (650) 328-4600
Facsimile:  (650) 463-2600

Attorneys for Defendant
WILDTANGENT, INC.

MCKOOL SMITH HENNIGAN, P.C.
Lawrence M. Hadley (State Bar No. 157728)
lhadley@mckoolsmithhennigan.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Attorneys for Plaintiffs
ULTRAMERCIAL, LLC and
ULTRAMERCIAL, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRAMERCIAL, LLC and ULTRAMERCIAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WILDTANGENT, INC., <br><br> Defendant. | Case No.  CV 09-06918 RGK (PLAx) <br><br> **JOINT STIPULATION REQUESTING TO VACATE TRIAL AND PRETRIAL** <br><br> Judge: Hon. R. Gary Klausner <br> Courtroom:  Roybal Bldg., Ctrm 850 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT STIPULATION REQUESTING
TO VACATE TRIAL AND PRETRIAL

CASE NO. CV 09-06918 RGK (PLAX)

1    Pursuant to Civil Local Rule 7-1, Plaintiffs Ultramercial, LLC and Ultramercial, Inc. (collectively, "Ultramercial") and Defendant WildTangent, Inc. ("WildTangent"), hereby stipulate through their respective counsel of record as follows:

Whereas, on August 13, 2010, this Court issued an order invalidating all claims of the patent-in-suit (D.I. 59);

Whereas, after a series of appeals to the United States Court of Appeals for the Federal Circuit and the United States Supreme Court, on November 14, 2014, the Federal Circuit affirmed this Court's opinion that all claims of the patent-in-suit are invalid.  *See Ultramercial, LLC v. WildTangent, Inc.*, 772 F.3d 709 (Fed. Cir. Nov. 14, 2014).

Whereas, prior to issuing its affirmance, the Federal Circuit recalled its mandate from this Court on October 9, 2014 (D.I. 140);

Whereas, the Federal Circuit has not yet reissued its mandate to this Court, and thus still has exclusive jurisdiction of this litigation;

Whereas, on December 29, 2014, this Court set dates for a pretrial conference and trial for April 2015 (D.I. 143);

Whereas, the Court's December 29, 2014 order and, more specifically, the pretrial conference and jury trial date specified in that order, triggers certain obligations by the parties to continue litigating in the district court, despite that the case is currently within the exclusive jurisdiction of the Federal Circuit;

The parties therefore request that the Court vacate the pretrial conference and jury trial dates set in its December 29, 2014 order.  The parties still intend to provide the Court with a further status report regarding the state of the appeal on or before March 9, 2015.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT STIPULATION REQUESTING
TO VACATE TRIAL AND PRETRIAL

1

CASE NO. CV 09-06918 RGK (PLAX)

| | | |
|---|---|---|
| 1 | | Respectfully Submitted, |
| 2 | Dated: January 12, 2015 | MCKOOL SMITH HENNIGAN, P.C. |
| 3 | | |
| 4 | | */s/ Lawrence M. Hadley*<br>Lawrence M. Hadley<br>Attorney for Plaintiffs |
| 5 | | ULTRAMERCIAL, LLC;<br>ULTRAMERCIAL, INC. |
| 6 | | |
| 7 | | LATHAM & WATKINS LLP |
| 8 | | /s/ *Richard G. Frenkel* |
| 9 | | Richard G. Frenkel<br>Lisa K. Nguyen |
| 10 | | Michelle P. Woodhouse<br>Attorneys for Defendant |
| 11 | | WILDTANGENT, INC. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT STIPULATION REQUESTING
TO VACATE TRIAL AND PRETRIAL

2

CASE NO. CV 09-06918 RGK (PLAx)

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4, I, Lawrence M. Hadley, hereby attest concurrence in the filing of this document has been obtained from the signatory listed above.

Dated: January 12, 2015        /s/ *Lawrence M. Hadley*
                               Lawrence M. Hadley

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT STIPULATION REQUESTING
TO VACATE TRIAL AND PRETRIAL

3

CASE NO. CV 09-06918 RGK (PLAx)

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 12, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

                                             */s/ Lawrence M. Hadley*