JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-06918-RGK (PLAx) | Date | January 15, 2015 |
|---|---|---|---|
| Title | ULTRAMERCIAL LLC, et al. v. Hulu LLC, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER**

   The Court has reviewed the joint stipulation to vacate trial and pretrial dates [144], filed on January 12, 2015.  The joint stipulation is granted.

   **IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| | Initials of Preparer | slw |